UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LAMAJOR UNDREAOUS TAYLOR                       PLAINTIFF

V.                              CIVIL ACTION NO. 3:23-CV-3039-KHJ-MTP
                                                      APPEAL NO. 24-60625

MERIDIAN POLICE DEPARTMENT, et al.              DEFENDANTS

ORDER

Before the Court is pro se Plaintiff Lamajor Undreaous Taylor's [14] Notice of Appeal and [16] Motion for Leave to Appeal *in forma pauperis*. According to a returned [18] Letter docketed on February 21, 2025, Taylor is deceased.

The [16] Motion for Leave to Proceed *in forma pauperis* on appeal under 28 U.S.C. § 1915 is DENIED because the Court certifies that the appeal is not taken in good faith for the reasons stated in the [13] Order entered on November 25, 2024, which denied Taylor's [12] Motion to Reopen. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A). Taylor's appeal fails to present a "good faith," non-frivolous issue for appeal as required by Section 1915(a)(3) to proceed *in forma pauperis*.

Although this Court has certified that the appeal is not taken in good faith under Section 1915(a)(3) and Rule 24(a)(3), Taylor's personal representative under Rule 43(a)(1) may challenge this finding under Rule 24(a)(5) by filing a separate motion to proceed IFP on appeal with the Clerk of Court, United States Court of Appeals for the Fifth Circuit. *See also Baugh v. Taylor*, 117 F.3d 197, 201 (5th Cir. 1997).

2

SO ORDERED, this 25th day of February, 2025.

                                             s/ *Kristi H. Johnson*
                                        UNITED STATES DISTRICT JUDGE

Case 3:23-cv-03039-KHJ-MTP    Document 19    Filed 02/25/25    Page 2 of 2

2